Craig A. Pridgen, Esq. (SB# 058056)
MCQUAID, BEDFORD & VAN ZANDT, LLP
2800 5th Street, Suite 130
Davis, CA 95618
Telephone:  (530) 756-0200
Facsimile:  (530) 756-0202

Attorneys for Plaintiff Ett Bertagnolli

IN UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETT BERTAGNOLLI,<br><br>    Plaintiff,<br><br>  vs.<br><br>TAHOE REGIONAL PLANNING AGENCY, ET AL.,<br><br>    Defendants. | Case No. 2:06-CV-02295-MCE-KJM<br><br>**STIPULATION AND ORDER REQUESTING STAY OF ALL PROCEEDINGS TO PURSUE ONGOING SETTLEMENT NEGOTIATIONS**<br><br>[F.R.C.P. § 16 and Eastern District Rules §§ 1-102(d), 83-143] |

**I.    INTRODUCTION**

Plaintiff and Defendants in the above-captioned action, respectfully request that this Court stay all proceedings in the within action including, but not limited to, the filing of a Status Conference Statement which is otherwise due on or before November 13, 2006, for a period to and including May 1, 2007, or such period as the Court deems appropriate.  The stay is requested in order to accommodate ongoing settlement negotiations which involve multiple parties.

Negotiations have been ongoing since July of this year in order to resolve not only this litigation but all issues concerning the future development of a subdivision owned by Plaintiff and located in Placer County on the north shore of Lake Tahoe.

## II. BRIEF STATEMENT OF FACTS AND STATUS OF SETTLEMENT NEGOTIATIONS

The parties to this Stipulation agree that the continuance requested will avoid the possibility of multiple lawsuits in either the State Courts or this Court, or both. The undersigned, based upon progress to date, believe in good faith that settlement on a global basis is likely.

Specifically, the present action is limited to Plaintiff's challenge of Tahoe Regional Planning Agency ("TRPA.") disapproval of an application to modify a driveway access to a proposed residence. The ongoing negotiations for a settlement, however, are more global and involve the remaining portions of an adjacent and contiguous subdivision owned by Plaintiff as evidenced by a duly recorded and approved Placer County Subdivision Map dated in 1939. The lawsuit was filed in Placer County in order to avoid the running of a statute of limitations which would have barred the Plaintiff from relief in the event that no settlement could be reached. A global settlement of not only the issues pending before this Court but, as importantly, similar issues involving all of the lots in the existing recorded subdivision will not only resolve the within litigation but avoid a multiplicity of lawsuits between the Plaintiff and Defendant in this action.

In order for settlement to be reached, which all parties seem to be in favor of, there are four critical things which must occur. First, the parties have retained soil engineers to evaluate the number of buildable lots in the subdivision which will impact the preliminarily agreed to terms of the settlement. This work should be completed within thirty (30) days. Second, all of the final terms and conditions of the settlement agreement must be agreed to by and between the Plaintiff, the Bertagnolli Family and the Conservancy Agency.

Third, the anticipated settlement will require approval by the Board of Directors of the Conservancy Agency. This matter has been put on the agenda for the December meeting of the Conservancy Board provided that all the engineering work has been completed prior to that meeting. Fourth, assuming that the Board approves the settlement agreement, the same will have to be presented for approval to the TRPA Board. It is anticipated that TRPA Board consideration will not occur until sometime in late January or February of 2007.

### III.   POINTS AND AUTHORITIES

This Stipulation and request for continuance is based upon this Court's inherent power to regulate its trial calendar particularly under circumstances where a continuance will in all probability lead to a resolution of the litigation; and, in addition, Federal Rules of Civil Procedure § 16 and Local Federal Rules §§ 1-102(d), 83-143.

### III.   CONCLUSION

For the reasons articulated above and based upon the authorities cited herein, the undersigned hereby stipulate that it is in the best interest of all parties to continue this case in order to facilitate the consummation of a global settlement agreement. Accordingly, it is respectfully requested that this Court stay all proceedings in the within action including, but not limited to, the filing of all Status Conference Statements, motions and/or other pleadings including, but not necessarily limited to, an answer to the Complaint and a motion to remand the case to the Superior Court, in and for the County of Placer, with all time periods within which to file such documents and/or bring such motions to commence from and after the date of the expiration of the continuance granted by this Court which the undersigned respectfully requests should be a date on or after May 1, 2007. The granting of this stay will facilitate and also encourage the prompt consummation of the settlement agreement which is still the subject matter of finalization as well as subject to approval by the State Conservancy Agency with whom the settlement is being negotiated and the subsequent Board approval by TRPA.

DATED: November 6, 2006     McQUAID, BEDFORD & VAN ZANDT, LLP

           By: /s/ Craig A. Pridgen
             Craig A. Pridgen, Esq.
             Attorneys for Plaintiff
             Ett Bertagnolli

DATED: November 6, 2006     TAHOE REGIONAL PLANNING AGENCY

           By: /s/ Joanne S. Marchetta
             Joanne S. Marchetta
             Jordan C. Kahn
             Attorneys for Defendants
             Tahoe Regional Planning Agency
             and Governing Board Members of
             the Tahoe Regional Planning Agency
             in their Official Capacities

**ORDER**

GOOD CAUSE APPEARING, the Parties' joint request for a stay of all proceedings is hereby GRANTED. All proceedings in this matter are stayed through May 1, 2007. A Joint Status Conference statement will be filed with the court not later than April 20, 2007 setting forth the then current status of the case.

Dated: November 9, 2006

              _____
              MORRISON C. ENGLAND, JR
              UNITED STATES DISTRICT JUDGE