Craig A. Pridgen, Esq. (SB# 058056)
MCQUAID, BEDFORD & VAN ZANDT, LLP
2800 5th Street, Suite 130
Davis, CA 95618
Telephone:  (530) 756-0200
Facsimile:   (530) 756-0202

Attorneys for Plaintiff Ett Bertagnolli

# IN UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETT BERTAGNOLLI, | ) Case No. 2:06-CV-02295-MCE-KJM |
| Plaintiff, | ) |
| vs. | ) |
| TAHOE REGIONAL PLANNING AGENCY, ET AL., | ) **JOINT STATUS CONFERENCE STATEMENT, REQUEST FOR EXTENSION OF STAY TO FINALIZE SETTLEMENT OF ALL PROCEEDINGS, AND PROPOSED ORDER** |
| Defendants. | ) |

## I.     INTRODUCTION

Pursuant to the Court's Order staying all proceedings, filed November 13, 2006, Plaintiff and Defendants ("Parties") submit this Joint Status Conference Statement setting forth the current status of the above-captioned action.  On the basis of this report, the progress being made toward finalizing a settlement that would resolve all claims, and the Parties joint request for further time to complete the settlement documents, the Parties request that this Court extend the stay of proceedings for another four months to and including September 1, 2007, or such other date as the Court deems appropriate.

## II.    JOINT STATUS CONFERENCE REPORT

The present action is limited to Plaintiff's challenge of Tahoe Regional Planning Agency ("TRPA.") disapproval of an application to modify a driveway access to a proposed residence. The lawsuit was filed in August 2006 in order to avoid the running of a statute of limitations. Nevertheless, negotiations have been ongoing since July 2006 to resolve not only this litigation but also all issues concerning the future development of a subdivision owned by Plaintiff and located in Placer County on the north shore of Lake Tahoe. The much larger global resolution of this case is more complex than the narrow scope of the Complaint would suggest; the settlement involves multiple parties, and requires the agreement of, permits from, and formal approval by several government entities, including the Defendant TRPA, Placer County and several sub-elements of the County government, and the California Tahoe Conservancy ("CTC").

The Parties have recently successfully reached a conceptual settlement agreement among all the interested parties that would resolve all claims and causes of action.  First, the terms and conditions of settlement have been agreed to by and between the Plaintiff, the Bertagnolli Family and the CTC.  Secondly, the purchase of a large portion of the subdivision by the CTC, being a key component of the settlement, was approved by the CTC Board at its March 2007 Board of Directors meeting.  Further, Placer County has approved the required lot consolidation and the Fire Department has approved the plans for the access road.  What remains to be completed are permits and approvals by TRPA of lot consolidations, coverage transfers, and roadway improvements, and limited related approvals by Placer County.  Finally, the settlement package will have to be presented for approval to the TRPA Board.

The Parties are continuing to work cooperatively and productively, and have begun the necessary processes to obtain final government permits and final agency/government approvals needed to reflect the conceptual settlement agreement.  Allowing the Parties additional time to finalize and memorialize the conceptual settlement will result in the stipulated dismissal of this case.

**III.     JOINT REQUEST FOR EXTENSION OF STAY TO FINALIZE SETTLEMENT**

A continued stay is needed to finalize the various settlement components.  The additional time is needed initially to finish processing required government permits and to finalize the drafting of the different permits.  In addition, the Parties mutually agree that seeking the approval of the permits together with the underlying Settlement Agreement will assure the overall success of the settlement.  Thus, although finalizing the permits up front will require additional time and effort, the Parties are committed to this approach to the final Settlement Agreement.

Both the permits and the final Settlement Agreement must be presented to the Defendant Tahoe Regional Planning Agency's Governing Board for approval before the Parties may seek dismissal of the case.  The TRPA Board meets once a month, so the opportunities for final approval are constrained.  The Parties do not anticipate seeking formal approval of the permits or the Settlement Agreement from the TRPA Board until the June 27, 2007 Board meeting.  Because so many different government entities are involved, the Parties have also factored into the requested stay extension two additional months as a contingency for resolving unforeseen problems.

**IV.     CONCLUSION**

For all the reasons stated above and based on substantial progress to date, the undersigned believe in good faith that a final settlement on a global basis is likely.  The Court is respectfully asked to grant the four month extension of the stay so that the Parties may finalize the Settlement Agreement documents and obtain all necessary government approvals as the predicate to filing a stipulated dismissal of this action.

////

////

////

Joint Status Conference Report and
Request for Extension of Stay

– 3 –

1    DATED: April _____, 2007                    McQuaid, Bedford & Van Zandt, LLP

2

3
                                                 By::_____,
4                                                     Craig A. Pridgen, Esq.
                                                     Attorneys for Plaintiff
5                                                     Ett Bertagnolli

6

7    DATED: April:_____, 2007                    TAHOE REGIONAL PLANNING AGENCY

8

9                                                By: :_____,
                                                     Joanne S. Marchetta
10                                                    Attorneys for Defendants
                                                     Tahoe Regional Planning Agency
11                                                    and Governing Board Members of
                                                     the Tahoe Regional Planning Agency
12                                                    in their Official Capacities

13

14                                    **ORDER**

15        GOOD CAUSE APPEARING, the Parties' joint request for an extension of the stay of all

16   proceedings is hereby GRANTED.  All proceedings in this matter are stayed through September

17   1, 2007.

18   DATED: May 14, 2007

19
     _____
20   MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE
21

22

23

24

25