JOANNE S. MARCHETTA (Cal. Bar No. 201661)
TAHOE REGIONAL PLANNING AGENCY
P.O. BOX 5310
Stateline, Nevada  89449
Telephone: (775) 588-4547
Fax:  (775) 588-4527

Attorneys for Defendants
Tahoe Regional Planning Agency and
Governing Board Members of the Tahoe Regional
Planning Agency in their official capacities


CRAIG A. PRIDGEN, ESQ. (Cal. Bar No. 058056)
McQUAID, BEDFORD & VAN ZANDT, LLP
2800 5th Street, Suite 130
Davis, California  95618
Telephone: (530) 756-0200
Fax:  (530) 756-0202

Attorneys for Plaintiff
Ett Bertagnolli

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETT BERTAGNOLLI, an individual, ) | Case No. 2:06-cv-02295-MCE-KJM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | STIPULATION AND ORDER FOR |
| ) | DISMISSAL |
| TAHOE REGIONAL PLANNING AGENCY, ) | |
| an Interstate Compact Entity, formed and ) | |
| existing under the laws of California, Nevada ) | |
| and the United States, ALLEN BIAGGI, ) | |
| Chairman, TAHOE REGIONAL PLANNING ) | |
| AGENCY, in his official capacity, and ) | |
| GOVERNING BOARD MEMBERS OF THE ) | |
| TAHOE REGIONAL PLANNING AGENCY, ) | |
| in their official capacities; DOES 1 ) | |
| THROUGH 15 ) | |
| ) | |
| Defendants. ) | |

Pursuant to FRCP 41(a)(1), the parties hereby request an order from the court dismissing the above-named action.  A settlement agreement has been signed and approved by the Governing Board of the Tahoe Regional Planning Agency (TRPA).  A signed copy of this settlement agreement is attached hereto as Exhibit A. The parties have previously signed and filed a Request for Dismissal which is Document 15 in this court's docket.

IT IS SO STIPULATED:

Dated: December 10, 2007          /s/ -- Joanne S. Marchetta__
                                  Joanne S. Marchetta
                                  General Counsel
                                  Tahoe Regional Planning Agency


Dated: December 10, 2007          /s/ -- Craig A. Pridgen__
                                  Craig A. Pridgen
                                  McQuaid, Bedford & Van Zandt
                                  Attorneys for Plaintiff
                                  Ett Bertagnolli


## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the parties' Request for Dismissal is granted.  The within action is hereby dismissed with prejudice.  This Court will retain authority over this case, as stated in the Settlement Agreement, only for enforcing any provisions of this Settlement Agreement.

DATED: December 13, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE